IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BOROUGH OF UPPER SADDLE RIVER,

                              Plaintiff,

  v.

VILLAGE OF AIRMONT, ROCKLAND COUNTY
SEWER DISTRICT #1,
                            Defendants.
------------------------------------------------------------x

COMPLAINT

JURY DEMAND

**07 CIV. 0109**

W14

Plaintiff Borough of Upper Saddle River, by its attorneys Burke, Miele & Golden, LLP, alleges for its complaint herein as follows:

## STATEMENT OF THE CASE

1. This action is a citizens' suit brought under the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1376 (hereinafter "Clean Water Act"), seeking relief from Defendants' violations of the Clean Water Act.

2. Plaintiff seeks injunctive relief, declaratory relief, civil penalties, and costs including attorney's fees.

## JURISDICTION

3. This Court has subject matter jurisdiction over the claims set forth in this complaint pursuant to 33 U.S.C. § 1365 (a)(1) and federal question jurisdiction, 28 U.S.C. § 1331.

4. On October 6, 2006, Plaintiff gave notice of the violations and its intent to file suit against defendants to the Administrator of the United States Environmental Protection Agency ("EPA"), to the Commissioner of the New York State Department of Environmental Conservation ("DEC"), and to the defendants, pursuant to 33 U.S.C. § 1365 (b)(1)(A) of the Clean Water Act. (attached hereto)

5. More than 60 days have passed since the above-referenced notice was served upon defendants and the governmental parties named above, thus satisfying section 505(b)(1)(A) of the Clean Water Act, 33 U.S.C. 1365 (b)(1)(A).

6. Neither the EPA nor the DEC has commenced and diligently prosecuted a court action to redress the violations under section 505(b)(1)(B) of the Clean Water Act, 33 U.S.C. § 1365 (b)(1)(B).

## VENUE

7. Venue is appropriate in the Southern District of New York pursuant to Section 505 (c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1) because the source of the violations is located within this District.

## PARTIES

8. The Borough of Upper Saddle River (hereinafter "USR") the border of which abuts the Village of Airmont is a municipality under the laws of the State of New Jersey.

9. Plaintiff is a "citizen" within the meaning of the citizen suit provisions of section 505(a) of the Clean Water Act, 33 U.S.C. § 1365 (a).

10. Defendant Village of Airmont is a political subdivision of the State of New York, duly incorporated under the laws of the State of New York, and is a

"municipality" within the meaning of Section 502(4) of the Act, 33 U.S.C. § 1362(4), and a "person" within the meaning of Section 502(5) of the Act, 33 U.S.C. § 1362(5).

11. Defendant Rockland County Sewer District No. 1 ("RCSD #1") is a county agency responsible for properly operating and maintaining interceptors and pumping stations in the system and all sewers within its boundaries, and is a "person" within the meaning of Section 502(5) of the Act, 33 U.S.C. § 1362(5).

12. The quality of the Saddle River which flows through the Village of Airmont and the Borough of Upper Saddle River and its surrounding areas directly affects the health, recreational, aesthetic, commercial, and environmental interests of USR's residents. The interests of USR's residents are being, and will be, adversely affected by Defendants' failure to comply with the requirements of the Clean Water Act.

13. Defendants are "persons" within the meaning of the citizen suit provisions of the Section 505 (a)(1) of the Clean Water Act, 33 U.S.C. § 1365 (a)(1).

## GENERAL ALLEGATIONS

14. Congress enacted the Clean Water Act in 1972 for the purpose of "restor[ing] and maintain[ing] the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. §1251. One of the specific goals of the Act was "that the discharge of pollutants into the navigable waters be eliminated by 1985." Id.

15. The Clean Water Act prohibits the discharge of pollutants from a point source to the waters of the United States, except pursuant to, and in compliance with, a National Pollutant Discharge Elimination System ("NPDES") permit. 33 U.S.C. §1311(a); 33 U.S.C. §1342. The State of New York is authorized to issue State Pollutant Dischage

3

Elimination System ("SPDES") permits in lieu of the NPEDES permits pursuant to Clean Water Act § 492. 33 U.S.C. §1342.

16. The Clean Water Act defines "pollutant" as "dredged spoil, solid waste, incinerator residue, sewage, garbage, sewage sludge, munitions, chemical wastes, biological materials, radioactive materials, heat, wrecked or discarded equipment, rock, sand, cellar dirt and industrial municipal, and agricultural waste discharged into water." 33 U.S.C. § 1362(6).

17. The Clean Water Act defines "point source" as "any discernable, confined, and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container, rolling stock, concentrated animal feeding operation, or vessel or other floating craft, from which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

18. Pipes are point sources within the meaning of section 502 of the Clean Water Act, 33 U.S.C. § 1362(14).

19. "Waters of the United States" within the meaning of the Clean Water Act include any navigable waters or waters that are tributaries to navigable waters. 33 U.S.C. § 1362(7).

20. The Saddle River, its tributaries, and adjacent associate wetland are waters of the United States within the meaning of the Clean Water Act.

## FIRST CLAIM FOR RELIEF: VIOLATIONS OF THE CLEAN WATER ACT BY SPECIFIC ILLEGAL DISCHARGES TO WATERS OF THE UNITED STATES

21. The wastewater collection and treatment system owned and operated by the Village of Airmont and RCSD #1 is a "treatment works" as that term is defined in Section 212(2)(A) and (B) of the Act, 33 U.S.C. § 1292(2)(A) and (B), and a "publicly owned treatment works" as that term is defined by 40 C.F.R. §122.2 and 40 C.F.R. 403.3(q).

22. The state Department of Environmental Conservation administers the State Pollution Discharge Elimination System permit program, which issued a SPDES Permit to Defendant RCSD #1, under the authority of Section 402 of the Act, 33 U.S.C. § 1342.

23. The Saddle River, to which pollutants have been discharged is a "navigable water" within the meaning of Section 502(7) of the Act, 33 U.S.C. § 1362(7).

24. Defendants discharge water pollution into the Saddle River, and its tributaries in the form of raw sewage, which includes but is not limited to, biological material and other organic matter exerting chemical and biological oxygen demand in the waters, fecal coliform bacteria; nutrients, including nitrogen and phosphorous; settleable, suspended and dissolved solids, including toilet paper and sewerage solids; salts; metals solid waste; pathogens; disinfectants (such as permanganate); and feminine products.

25. Unpermitted discharges from the Defendants have resulted in the presence of

5

distinctly visible floating or settleable solids in the waters, as well as, suspended solids, deposits of sludge and silt, bad odors, materials harmful to aquatic life, distinctly visible color, and other conditions that alter the integrity of such waters.

26. Unpermitted discharges of wastewater to the navigable waters, of raw sewage, have occurred on numerous occasions and include, but are not limited to:

   a. August 23, 2006
   b. August 24, 2006
   c. August 25, 2006
   d. August 26, 2006
   e. August 27, 2006
   f. August 28, 2006
   g. August 29, 2006
   h. August 30, 2006
   i. September 1, 2006
   j. September 2, 2006
   k. September 3, 2006
   l. October 31, 2006
   m. November 6, 2006
   n. November 8, 2006
   o. And upon information and belief additional unreported spills from at least September 3, 2006 to present

27. Organisms in untreated wastewater containing raw sewage can cause a number of diseases in users of contaminated areas. These diseases include, but are not

limited to, enteric diseases such as gastroenteritis, dysentery, and cholera. All of these diseases are highly communicable.

28. The Village of Airmont and Rockland County Sewer District #1 have discharged, and upon information and belief, continue to discharge, pollutants from manhole(s) at or adjacent to Cherry Lane, South Monsey Road and other areas in the Village of Airmont and Rockland County Sewer District #1 into navigable waters without the authorization of a SPDES permit.

29. The unpermitted discharges include, without limitation, the unpermitted discharges identified in Paragraph 22 and 23(a) through (k).

30. Unless enjoined by the Court, the Village of Airmont and RCSD #1 will continue to discharge pollutants to navigable waters in violation of its SPDES permit and Sections 301 and 402 of the Clean Water Act, 33 U.S.C. §§ 1311 and 1342.

31. Each day of each unpermitted discharge of pollutants is a separate violation of Section 301 of the Act, 33 U.S.C. § 1311.

## CONTINUING VIOLATIONS

32. As of the date of the filing of this complaint, all of the violations Complained of in the October 6 2006 notice letter are continuing or are reasonably likely to continue.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this court grant the following relief:

A. A judgment declaring that the Defendants have violated the Clean Water Act.

B. A permanent injunction directing Defendants to take all steps necessary to come into permanent, consistent compliance with the Clean Water Act, the regulations promulgated thereunder, and its SPDES permit

C. Award civil penalties against Defendants

D. Award Plaintiff their costs, including reasonable attorney, witness and consultant fees, as authorized by Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365 (d); and

E. Award other such relief as this Court deems appropriate.

Dated: January 5, 2006

Respectfully submitted,

_____
Michael K. Burke (MKB 7554)
Burke, Miele & Golden, LLP
100 Washington Street, P.O. Box 397
Suffern, New York 10901
(845) 357-7500

**BURKE, MIELE & GOLDEN, LLP**
30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
F. MICHELE COOPER

JOSEPH P. MCGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:  ☐  ORANGE CO.
           ☐  ROCKLAND CO.

Respond to Post Office Box

October 6, 2006

Village of Airmont
Board of Trustees
P.O. Box 578
321 Route 59
Airmont, New York 10982

Rockland County Sewer District No. 1
4 Route 340
Orangeburg, New York 10962
Attn: Julius Graifman, Chairman

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

New York Dept. of Environ. Conservation
Division of Water
Sandra L. Allen, Director
625 Broadway
Albany, New York 12233

New Jersey Department of Environmental Protection
Division of Water Quality
401 East State St.
P.O. Box 029
Trenton, New Jersey 08625

Re: Notice to Sue for Unpermitted Illegal Discharges under Clean Water Act

Greetings:

    We represent the Borough of Upper Saddle River, New Jersey. This letter is to advise you that we are authorized to provide you with this Notice of Intent to Sue the Village of Airmont, New York, and the Rockland County Sewer District No. 1, ("RCSD #1") on behalf of Upper Saddle River, New Jersey, and other potential citizen plaintiffs within the Village of Airmont and Upper Saddle River, for unpermitted, illegal, and continuous discharges by the Village of Airmont and Rockland County Sewer District No. 1 into the Saddle River, a federally protected waterway. This Notice is sent pursuant to 33 U.S.C. § 1365.

We hereby place you on notice, pursuant to §§ 505(a) and (b) of the Clean Water Act, ("CWA") 33 U.S.C. §§1365(a) and (b), that we intend to sue the Village of Airmont and the RCSD #1 for violating, and continuing to violate, effluent standards and limitations as defined by § 505(f) of the CWA, 33 U.S.C. § 1365(f), by discharging pollutants into waters of the United States without a permit as is required under CWA §301(a), 33 U.S.C. §1311(a).

The CWA prohibits the discharge of pollutants from a point source to the waters of the United States except pursuant to and in compliance with a permit.[1] *See*, 33 U.S.C. § 1311(a); 33 U.S.C. § 1342. The Act defines "pollutant" to include solid waste, biological materials, and sewerage. 33 U.S.C. § 1362(6). "Point source" is defined as "any discernable, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure...from which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

We believe that the raw sewerage discharged by the Village and RCSD #1 from the locations attached contains the following pollutants: biological material and other organic matter exerting chemical and biological oxygen demand in the waters; fecal coliform bacteria; nutrients, including nitrogen and phosphorous; settleable, suspended and dissolved solids, including toilet paper and sewerage solids; salts; metals; solid waste; pathogens; disinfectants (such as permanganate); feminine products; and other materials. These discharges have resulted in the presence in the waters of distinctly visible floating or settleable solids, suspended solids, deposits of sludge and silt, bad odors, materials harmful to aquatic life, distinctly visible color, and other conditions that alter the integrity of such waters.

One of the following sites that are discharging pollutants from point sources into the waters of the United State without SPDES permits:
Raw sewerage discharges from a manhole at or adjacent to 64 Cherry Lane on dates including but not limited to:

August 23, 2006
August 24, 2006
August 25, 2006
August 26, 2006
August 27, 2006
August 28, 2006

August 29, 2006
August 30, 2006
September 1, 2006
September 2, 2006
September 3, 2006

---

[1] The State of New York is the delegated authority by the Environmental Protection Agency to administer the National Pollution Discharge Elimination System ("NPDES") permit program pursuant to 33 U.S.C. section 1342(b).1370. The state Department of Environmental Conservation administers the State Pollution Discharge Elimination System ("SPDES") permit program to carry out the functional equivalent of SPDES responsibilities.
The RCSD #1 operates a sewerage under a SPDES permit. Upon information and belief, the discharges described herein are not covered or are in violation of this or any other permit.

Our investigations have revealed that at a minimum 2.5 million gallons raw sewerage discharged and flowed into the Saddle River. During both wet and dry weather, raw sewerage has been discharged illegally on a regular basis. No SPDES permit exists allowing for this discharge.

Unless the discharges are addressed and corrected, these discharges will continue in the future. These discharges and the RCSD #1 failure to obtain new permits or modify the existing SPDES permit constitute ongoing violations of the CWA. Each day of unpermitted discharges comprises a series of separate violation of the CWA, with a discrete violation for each pollutant illegally discharged from each point source. As provided by 33 U.S.C. § 1319(d) and 40 C.F.R. §19.4 violators are subject to a civil penalty not to exceed $27,500 (or $31,500 for violations occurring after August 19, 2002) for each such violation. At the close of the 60 day notice period, we intend to file a citizen suit under §505(a) of the Clean Water Act against the Village and RCSD #1 as owner and operator of the above-referenced point sources to seek injunctive relief from and penalties for the violations discussed herein. This notice of intent to sue covers all CWA violations during the proceeding five (5) years preceeding the date of this letter, and all future violations arising from the above referenced point source or points sources in the vicinity.

The May 10, 2006 Consent Order, purporting to address such problems, is wholly ineffective. It does not adequately provide a remedy for the continuing discharges that are occurring in the Village of Airmont and flowing into the Saddle River.

Enclosed please find evidence of prior illegal discharges without permit which are continuing unabated, and which are destined to increase if additional new development in the Village of Airmont is allowed to be connected to the Rockland County Sewer District No. 1. At a minimum, such additional new connections cannot be allowed to occur until all necessary curative measures have been accomplished to prevent such unpermitted and illegal discharges. We are authorized to file suit in the Southern District of New York federal court at the end of the statutorily required notice period.

Please feel free to have your attorney contact me regarding any questions in this regard.

Very truly yours,

RICHARD B. GOLDEN

Cc: NYSDEC Region 3
21 South Putt Corners
New Paltz, New York 12561 (w/ enc.)

NYSDEC Region 3
200 White Plains Rd, 5th Floor

3

Tarrytown, New York 10591 (w/ enc.)

Hon. Kenneth A. Gabbert, Mayor
Borough of Upper Saddle River
376 West Saddle River Rd.
Upper Saddle River, New Jersey 07458

Robert T. Regan, Esq.
P.O. Box 214
345 Kinderkamack Rd.
Westwood, New Jersey 07675

**New York State Department of**
# Environmental Conservation

[Services][Programs][Subject Index][Search][Contact Us][Home]

# Spill Incidents Database Search

**More information:**

*Environmental Remediation Databases*
*Glossary of Spills Database Terms*

**More searches:**
*New Spill Incidents Search*

*Back to Search Results*

*Other Links of Interest...*

## Spill Record

### Administrative Information

    **DEC Region:** 3
    **Spill Number:** 0606130

### Spill Date/Time

    **Spill Date:** 08/28/2006   **Spill Time:** 12:00 PM
    **Call Received Date:** 08/28/2006   **Call Received Time:** 03:00 PM

### Location

    **Spill Name:** WOODED AREA
    **Address:** 64 CHERRY LANE
    **City:** AIRMONT   **County:** Rockland

### Spill Description

    **Material Spilled:**                                 **Amount Spilled:**
    RAW SEWAGE                                         Gal.

    **Cause:** Vandalism

**Source:** Institutional, Educational, Gov., Other
**Resource Affected:** Surface Water
**Waterbody:** CREEK

## Record Close

### Date Spill Closed: Not closed

If you have questions about this reported incident, please contact the Regional Office where the incident occurred.

## Other Links of Interest

Information about the Spill Response and Remediation Program
Phone Numbers for Spill Response and Remediation

**New York State Department of Environmental Conservation**

# Spill Incidents Database Search

**More information:**

*Environmental Remediation Databases*
*Glossary of Spills Database Terms*

**More searches:**
*New Spill Incidents Search*

*Back to Search Results*

*Other Links of Interest...*

## Spill Record

### Administrative Information

**DEC Region:** 3
**Spill Number:** 0606130

### Spill Date/Time

**Spill Date:** 08/28/2006   **Spill Time:** 12:00 PM
**Call Received Date:** 08/28/2006   **Call Received Time:** 03:00 PM

### Location

**Spill Name:** WOODED AREA
**Address:** 64 CHERRY LANE
**City:** AIRMONT   **County:** Rockland

### Spill Description

**Material Spilled:**
RAW SEWAGE

**Amount Spilled:**
Gal.

**Cause:** Vandalism

**Source:** Institutional, Educational, Gov., Other
**Resource Affected:** Surface Water
**Waterbody:** CREEK

### Record Close

**Date Spill Closed:** Not closed

If you have questions about this reported Incident, please contact the Regional Office where the incident occurred.

**Other Links of Interest**

Information about the Spill Response and Remediation Program
Phone Numbers for Spill Response and Remediation

New York State DEC Spill File, List of actions & Resident Records
Rockland County Sewer District No. 1

DEC Spill Incident Database 6/1 to 8/15/2006

| Spill No. | Spill Date | File Detail Memo | Description of event | Principal Reason | Est. Spill Gallons | Receiving Watercourse |
|---|---|---|---|---|---|---|
| 602398 | 6/2/2006 | | MH 22 Adams Drive Stony Point | ? | ? | Sewer - ? |
| 602718 | 6/10/2006 | | Washington Ave & Jackson Ave New Square | Equipment Failure | 4000 | |
| 602760 | 6/11/2006 | | Shoulder of Road Route 306 Spring Valley | Human error | 500 | Soil |
| 603418 | 6/28/2006 | | Nyack Pump Station Spear Street | Other | ? | Soil |
| 604449 | 7/19/2006 | | Sewer MH Suffern Lane, Haverstraw | Equipment Failure | 800 | Sewer - ? |
| 604511 | 7/21/2006 | | Sewer MH Suffron Lane/Madison Ave, Haverstraw | Other | 200 | Minisceongo |
| 604681 | 7/25/2006 | | Washington Ave & Jackson Ave Ramapo | Other | 1000 | |
| 605304 | 8/5/2006 | | Easement South Pascack Rd, Ramapo | Other | 500 | |

| Spill number | Date spill reported | Spill name | County | City/town | Address |
|---|---|---|---|---|---|
| 1. 0605604 | 08/14/2006 | BARBA RESIDENCE | Rockland | PALASADES | 35 HIGHLAND AVE |
| 2. 0605664 | 08/15/2006 | JOE NERETICH TIRE CORP. | Rockland | SPRING VALLEY | 53 UNION RD. |
| 3. 0605665 | 08/15/2006 | STONY BROOK RIVER | Rockland | SLOATSBURG | SEVEN LAKES DR./WASH. AVE |
| 4. 0605683 | 08/16/2006 | ORANGE & ROCKLAND CENTER | Rockland | SPRING VALLEY | 390 WEST ROUTE 59 |
| 5. 0605705 | 08/16/2006 | GETTY 174 | Rockland | STONEY POINT | 44 LIBERTY DRIVE SOUTH |
| 6. 0605706 | 08/16/2006 | GETTY 101 | Rockland | VALLEY COTTAGE | 221 ROUTE 303 |
| 7. 0605707 | 08/16/2006 | GETTY 322 | Rockland | VALLEY COTTAGE | 34 ROUTE 303 |
| 8. 0605782 | 08/18/2006 | ERICH RESIDENCE | Rockland | NYACK | 21 HAVEN COURT |
| 9. 0605785 | 08/18/2006 | OFF THE ROADWAY | Rockland | SUFFREN | 25 OLD MILL ROAD |
| 10. 0605834 | 08/21/2006 | ROADWAY | Rockland | ORANGEBURGH | MOUNTAIN AVE/WESTERN |

**15 results found**

 

| Spill number | Date spill reported | Spill name | County | City/town | Address |
|---|---|---|---|---|---|
| 11. 0605864 | 08/21/2006 | NEXT TO RIVER | Rockland | STONY POINT | RIVER ROAD AND 5TH AVE |
| 12. 0605895 | 08/22/2006 | EXXON MOBILE | Rockland | MANUET | 275 RT 59 EAST |
| 13. 0606004 | 08/24/2006 | ROCKLAND CTY WASTE | Rockland | HILLBURN | 50 BALER BLVD |
| 14. 0606012 | 08/24/2006 | MIRANT | Rockland | TOMPKINS COVE | 37 ELM STREET |
| 15. 0606036 | 08/25/2006 | ON ROADWAY | Rockland | NYACK | 6TH AVE/NORTH BROADWAY |

