James V. Marks (JM 6257)
Roseann Bassler Dal Pra (RBD 4919)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
212-513-3200

Attorneys for Defendant
Rockland County Sewer District #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOROUGH OF UPPER SADDLE RIVER,<br><br>            Plaintiff,<br><br>      v.<br><br>VILLAGE OF AIRMONT, ROCKLAND COUNTY SEWER DISTRICT #1,<br><br>            Defendants. | 07 Civ. 0109 (____) (MDF)<br><br>**STATEMENT PURSUANT<br>TO FED. R. CIV. P. 7.1** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Rockland County Sewer District #1, a county improvement district organized and existing pursuant to Article 5-A of the New York County Law, hereby certifies that (i) it has no parent corporation and (ii) no publicly-traded corporation owns ten percent or more of it.

Dated: New York, New York
       February 5, 2007

                                      HOLLAND & KNIGHT LLP

                                      By: _____
                                          James V. Marks (JM 6257)
                                          Roseann Bassler Dal Pra (RBD 4919)
                                          195 Broadway
                                          New York, New York 10007
                                          (212) 513-3200
                                          (212) 385-9010 Fax

                                                 - and -

Lawrence R. Liebesman
Steven R. Kelton
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, District of Columbia 20006
202-955-3000
202-955-5564

Attorneys for Defendant
Rockland County Sewer District #1

# 4335800_v2