COUNTY OF

BOROUGH OF UPPER SADDLE RIVER

ATTORNEY: BURKE/GOSHEN OFFICE
FF/INDEX #: 07 CIV. 0109
DATE FILED: 1/5/07
DOCKET #:

Plaintiff(s)/Petitioners(s)

- AGAINST -

VILLAGE OF AIRMONT, ROCKLAND COUNTY SEWER DISTRICT #1

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **1/16/07** at **9:00 AM** at **4 ROUTE 340 ORANGEBURG, NEW YORK 10962**

deponent served the within **SUMMONS IN A CIVIL CASE & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON & CIVIL COVER SHEET**

on **ROCKLAND COUNTY SEWER DISTRICT #1**                                                                                therein named

**CORPORATION** ☑ By delivering to and leaving with **JEAN LANGAN** so served to be the **GENERAL AGENT** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 42-46 YRS., 5'4"-5'5", 120-125 LBS.**

Other identifying features:

Sworn to before me on: **JANUARY 17, 2007**

RUBEN RIESGO

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958