# BOEGGEMAN, GEORGE, HODGES & CORDE, P.C.

11 MARTINE AVENUE, SUITE 920
WHITE PLAINS, NEW YORK 10606
T: (914) 761-2252
F: (914) 761-5211

46 COLUMBIA STREET
ALBANY, NEW YORK 12207
T: (518) 465-1100
F: (518) 465-1800

EMAIL: BOEGGEMAN@BGHC-LAW.COM
INTERNET: WWW.BGHC-LAW.COM

psvensson@bghc-law.com

**MEMO ENDORSED**

February 23, 2007

Mark D. Fox, U.S.M.J.
U.S. Courthouse
300 Quarropas Avenue
White Plains, NY 10601



*[Stamp: U.S. DISTRICT COURT FILED FEB 26 2007 S.D. OF N.Y. W.P.]*

*[Margin stamp: MARK D. FOX, United States Magistrate Judge, Southern District of New York]*

Re: Borough of Upper Saddle River v. Village of Airmont and
Rockland County Sewer District # 1
07-cv-0109 (MDF)

Dear Judge Fox:

We represent the Village of Airmont in the above referenced matter, which has been assigned to your Honor from the WP4 docket.

A Case Management Conference is being scheduled for March 12, 2007 and I am writing to request an extension of time to serve our Answer until after the conference so that your Honor may consider our application to file a motion to dismiss pursuant to Rules 12(b)(6) and 56 in lieu of submitting an Answer.

Plaintiff's Claims against the Village are premised upon a misconception that the Village owns and operates RCSD # 1. Since the Village does not own or operate RCSD # 1, the Village cannot be held responsible for the alleged discharge into U.S. waters.

Respectfully submitted,

*/s/ Paul E. Svensson*

Paul E. Svensson

*[Handwritten endorsement: Application granted. So ordered. 2/26/07]*

To:
Michael K. Burke (7554)
Burke, Miele & Golden, LLP
Attorneys for Plaintiff



*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED]*

100 Washington Street, P.O. Box 397
Suffern, NY 10901
(845) 357-7500

James V. Marks, Esq.
Holland & Knight, LLP
Attorneys for Defendant
Rockland County Sewer District #1
195 Broadway
New York, NY 10007