# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ADMITTED IN NEW YORK & MASSACHUSETTS

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:   ☐   ORANGE CO.
            ☐   ROCKLAND CO.

Respond to Post Office Box

March 28, 2007

**MEMO ENDORSED**

Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Borough of Upper Saddle River v. Village of Airmont, Rockland County Sewer District #1
      07 CIV 0109

Dear Judge Fox:

I am writing to request a one week extension until Monday, April 2, 2007 to prepare a draft Amended Complaint and forward it to counsel for the Rockland County Sewer District. It is my hope that the proposed Amended Complaint will alleviate the need, at least at this stage, for motion practice.

I have conferred with all counsel in this case and they have no objections to this request.

Because of the additional time requested, I am requesting that the motion schedule also be adjusted to:

- April 2, 2007 for providing draft of Amended Complaint
- April 17, 2007 for Defendants' motions
- May 1, 2007 for Plaintiff's opposition
- May 8, 2007 for Defendants' reply

All parties are requesting that the date of May 15, 2007 for oral argument be maintained.

Very truly yours,

MICHAEL K. BURKE

MKB:la

Cc: Lawrence Liebesman, Esq.
James V. Marks, Esq.
John Walsh, Esq.

So Ordered: _____  3/29/07
Honorable Mark D. Fox
United States Magistrate Judge

MARK D. FOX
United States Magistrate Judge
Southern District of New York