James V. Marks (JM 6257)
Roseann Bassler Dal Pra (RBD 4919)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
212-513-3200

Attorneys for Defendant
Rockland County Sewer District #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOROUGH OF UPPER SADDLE RIVER,

                Plaintiff,

v.

VILLAGE OF AIRMONT, ROCKLAND
COUNTY SEWER DISTRICT #1,

                Defendants.

07 Civ. 0109 (____) (MDF)

**DECLARATION OF JAMES V. MARKS IN SUPPORT OF MOTION TO ADMIT LAWRENCE R. LIEBESMAN AND STEVEN R. KELTON *PRO HAC VICE***

---

JAMES V. MARKS, hereby declares, pursuant to 28 U.S.C. § 1746(2), as follows:

1. I am a partner in the New York office of Holland & Knight LLP, counsel for defendant Rockland County Sewer District #1 in this action. I respectfully submit this Declaration in support of the motion to admit Lawrence R. Liebesman and Steven R. Kelton *pro hac vice* to the United States District Court for the Southern District of New York for purposes of this action.

2. I agree to act as New York counsel for Mr. Liebesman and Mr. Kelton and to strictly observe the Rules of this Court governing the conduct of attorneys.

3.   Upon information and belief, Mr. Liebesman is a member in good standing of the Bar of the District of Columbia Court of Appeals. Mr. Liebesman is a partner in Holland & Knight's office in the District of Columbia.

4.   Upon information and belief, Mr. Kelton is a member in good standing of the Bar of the Supreme Court of the State of Colorado. Mr. Kelton is an attorney in Holland & Knight's office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __2__, 2007.

_____
James V. Marks

# 4323399_v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOROUGH OF UPPER SADDLE RIVER,

           Plaintiff,

v.

VILLAGE OF AIRMONT ROCKLAND
COUNTY SEWER DISTRICT #1,

           Defendants.

Index No. 07 Civ. 0109

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

WILLIS VARGAS, being duly sworn, deposes and says:

1. I am over 18 years of age, am employed by the firm Holland & Knight, LLP, and am not a party to this action.

2. On April 2, 2007, I served a true copy of the following documents:

    a. Declaration of James V. Marks in Support of Motion to Admit Lawrence R. Liebesman and Steven R. Kelton Pro Hac Vice;

    b. Declaration of Lawrence R. Liebesman in Support of the Motion to Admit Him Pro Hac Vice;

    c. Declaration of Steven R. Kelton in Support of the Motion to Admit Him Pro Hac Vice; and

    d. (Proposed) Order For Admission Pro Hac Vice,

by UPS overnight delivery service for the next day delivery, properly addressed to the following:

    John Walsh, Esq.
    Boeggeman, George, Hodges & Corde
    11 Martine Avenue, Suite 920
    White Plains, New York 10606

Michael K. Burke, Esq.
Burke, Miele & Golden, LLP
100 Washington Avenue
P.O. Box 397
Suffern, New York 10901

*Willis Vargas*

Sworn to before me this
3rd day of April, 2007.

*Notary Public*

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010