UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOROUGH OF UPPER SADDLE RIVER,

                Plaintiff,

v.

VILLAGE OF AIRMONT, ROCKLAND
COUNTY SEWER DISTRICT #1,

                Defendants.

07 Civ. 0109 (____) (MDF)

DECLARATION OF LAWRENCE R.
LIEBESMAN IN SUPPORT OF THE
MOTION TO ADMIT HIM *PRO HAC VICE*

---

      LAWRENCE R. LIEBESMAN hereby declares, pursuant to 28 U.S.C. § 1746(2), as follows:

      1.    I am a partner of Holland & Knight LLP, attorneys for defendant Rockland County Sewer District #1 ("RCSD") in this action. I respectfully submit this Declaration in support of the motion for my admission *pro hac vice* on behalf of RCSD for purposes of this action.

      2.    I am a member in good standing of the Bar of the District of Columbia Court of Appeals. Annexed hereto as Exhibit A is a Certificate of Good Standing from the District of Columbia.

      3.    I have not been the subject of any disciplinary action by any Court or Bar.

      4.    I agree to observe the dates for scheduling conferences, motions, briefs, trials and other proceedings. I further agree to submit to the jurisdiction of the Court for the purposes of the sanctions, discipline, or other such actions as the Court may deem proper.

      5.    I am familiar with the Federal Rules of Civil Procedure and the Rules of this Court, and I agree to abide by them.

6.  For the foregoing reasons, I respectfully request that the Court permit me to appear and participate in this matter in the same manner as attorneys who are admitted to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2007.

_____
Lawrence R. Liebesman

# 4323705_v2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LAWRENCE LIEBESMAN

was on the 7TH day of JUNE, 1974 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 31, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk