UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOROUGH OF UPPER SADDLE RIVER,

                    Plaintiff,

    v.

VILLAGE OF AIRMONT, ROCKLAND
COUNTY SEWER DISTRICT #1,

                    Defendants.

---

07 Civ. 0109 (____) (MDF)

DECLARATION OF STEVE R. KELTON IN SUPPORT OF THE MOTION TO ADMIT HIM *PRO HAC VICE*

---

STEVE R. KELTON, hereby declares, pursuant to 28 U.S.C. § 1746(2), as follows:

1. I am a partner of Holland & Knight LLP, attorneys for defendant Rockland County Sewer District #1 ("RCSD") in this action. I respectfully submit this Declaration in support of the motion for my admission *pro hac vice* on behalf of RCSD for purposes of this action.

2. I am a member in good standing of the Bar of the Colorado Supreme Court. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Colorado Supreme Court, which was issued within the last thirty (30) days.

3. I have not been the subject of any disciplinary action by any Court or Bar.

4. I agree to observe the dates for scheduling conferences, motions, briefs, trials and other proceedings. I further agree to submit to the jurisdiction of the Court for the purposes of the sanctions, discipline, or other such actions as the Court may deem proper.

5. I am familiar with the Federal Rules of Civil Procedure and the Rules of this Court, and I agree to abide by them.

6.      For the foregoing reasons, I respectfully request that the Court permit me to appear and participate in this matter in the same manner as attorneys who are admitted to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007.

                                                           Steven R. Kelton

# 4440790_v1



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**STEVEN KELTON**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **28th** day of **February** A. D. **2006** and that at the date hereof the said **STEVEN KELTON** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **27th** day of **March** A. D. **2007**

*Susan J. Festag*
Clerk