UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| BOROUGH OF UPPER SADDLE RIVER, | 07 Civ. 0109 (____) (MDF) |
| Plaintiff, | |
| v. | ORDER FOR ADMISSION |
| VILLAGE OF AIRMONT, ROCKLAND COUNTY SEWER DISTRICT #1, | *PRO HAC VICE* |
| Defendants. | |

    Upon fulfilling the requirements set forth in 28 U.S.C. § 1746(2), Lawrence R. Liebesman and Steven R. Kelton are hereby admitted Pro Hac Vice for all purposes for this action.

IT IS SO ORDERED

Dated: __April 4__, 2007

                                                 U.S. Magistrate Judge Mark D Fox

                                                 MARK D. FOX
                                             United States Magistrate Judge
                                             Southern District of New York

\# 4439876_v1

MICROFILM
APR 0 - 2007
USDC SDNY WP