# ORIGINAL

## BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON ***
F. MICHELE COOPER
JOSEPH P. McGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & CONNECTICUT
\*\*\* ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:   ☐ ORANGE CO.
            ☐ ROCKLAND CO.
            Respond to Post Office Box

**MEMO ENDORSED**

April 30, 2007

U.S. DISTRICT COURT FILED APR 30 2007

Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Via Facsimile (914) 390-4129 and mail

Re:  Borough of Upper Saddle River v. Village of Airmont, Rockland County Sewer District #1
     07 CIV 0109

Dear Judge Fox:

In connection with the above referenced matter, plaintiff's response to defendants' motion to dismiss is returnable on Tuesday, May 1, 2007. Please allow this letter to confirm that I have requested an extension to make our response returnable on Wednesday, May 9, 2007 and defendants' counsel has no objection to this request. In addition, please allow this letter to confirm that the court conference in this matter has been adjourned to Tuesday, May 22, 2007 at 11:00 a.m.

Thank you.

Very truly yours,

Michael K. Burke

MICHAEL K. BURKE

MKB:la

Cc:  James V. Marks, Esq. (Via Facsimile (212) 385-9010 and mail)
     John Walsh, Esq. (Via Facsimile (914) 304-4335 and mail)

4/30/07  [signature] SO ORDERED  [signature] USMJ