# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the **Plaintiffs' Counterstatement pursuant to Rule 56.1(b) in opposition to Defendant Village of Airmont's Motion for Summary Judgment, Attorney Affidavit and Memorandum of Law in opposition to Defendant Village of Airmont's Motion to Dismiss and Motion for Summary Judgment as to all of Plaintiffs' claims and Defendant Rockland County Sewer District #1's Motion to Dismiss as to only the Borough of Upper Saddle River** was served on May 9, 2007, in a sealed envelope via Federal Express, addressed to the last known addresses of the addressees as indicated below:

Lawrence Liebesman, Esq.
Holland & Knight
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006

James V. Marks, Esq.
Holland & Knight
195 Broadway, 24th Floor
New York, NY 10007

John Walsh, Esq.
Hodges, Walsh & Slater
75 S. Broadway
White Plains, NY 10601

BURKE, MIELE & GOLDEN, LLP

Michael K. Burke (7554)
*Attorneys for Plaintiffs*
100 Washington Street
Post Office Box 397
Suffern, New York 10901
(845) 357-7500