UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BOROUGH OF UPPER SADDLE RIVER,
KAREN MILLER, ROY OSTROM, MARIA FLORIO,
MARK RUFFOLO AND LINDA MCDONALD,                    07 CIV 0109 (MDF)

        Plaintiffs,

  -against-

VILLAGE OF AIRMONT, ROCKLAND COUNTY
SEWER DISTRICT #1,

        Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK )
        ) ss:
COUNTY OF ROCKLAND )

  MICHAEL K. BURKE, ESQ., being duly sworn, deposes and says:

  1. I am a member of BURKE, MIELE & GOLDEN, LLP, attorneys for Plaintiffs, Borough of Upper Saddle River, Karen Miller, Roy Ostrom, Maria Florio, Mark Ruffolo and Linda McDonald (hereafter "Plaintiffs"), in the above-entitled matter.

  2. Annexed hereto are the following exhibits:

  "A" – Notice to Sue for Unpermitted and Illegal Discharges under the Clean Water Act letter served by mail (certified mail, return receipt requested) upon the following: Village of Airmont, Board of Trustees; Stephen L. Johnson, Administrator, U. S. Environmental Protection Agency; New Jersey Department of Environmental Protection; Rockland County Sewer District No. 1 (a/k/a the "District"); and New York Department of Environmental Conservation dated March 6, 2006.

"B" – Notice to Sue for Unpermitted Illegal Discharges under the Clean Water Act letter served by mail (certified mail, return receipt requested) upon the following: Village of Airmont, Board of Trustees; Stephen L. Johnson, Administrator, U. S. Environmental Protection Agency; New Jersey Department of Environmental Protection; Rockland County Sewer District No. 1; and New York Department of Environmental Conservation dated October 6, 2006.

Dated: June 5, 2007
       Goshen, New York

                                              BURKE, MIELE & GOLDEN, LLP

                                              */s/ Michael K. Burke*
                                              Michael K. Burke (7584)
                                              *Attorneys for Plaintiffs*
                                              100 Washington Street
                                              Post Office Box 397
                                              Suffern, New York 10901
                                              (845) 357-7500

# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
ALEXANDER X. SAUNDERS***
F. MICHELE COOPER
DENNIS J. MAHONEY, III

JOSEPH P. McGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
***ADMITTED IN NEW YORK, NEW JERSEY & WEST VIRGINIA

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO: ☑ ORANGE CO.
         ☐ ROCKLAND CO.

Respond to Post Office Box

March 6, 2006

Village of Airmont
Board of Trustees
P.O. Box 578
321 Route 59
Airmont, New York 10982

Rockland County Sewer District No. 1
4 Route 340
Orangeburg, New York 10962
Attn: Julius Graifman, Chairman

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

New York Dept. of Environ. Conservation
Division of Water
Sandra L. Allen, Director
625 Broadway
Albany, New York 12233

New Jersey Department of Environmental Protection
Division of Water Quality
401 East State St.
P.O. Box 029
Trenton, New Jersey 08625

Re: Notice to Sue for Unpermitted and Illegal Discharges under Clean Water Act

Greetings:

  We represent the Borough of Upper Saddle River, New Jersey. This letter is to advise you that we are authorized to provide you with this Notice of Intent to Sue the Village of Airmont, New York, and the Rockland County Sewer District No. 1, on behalf of Upper Saddle River, New Jersey, and other potential citizen plaintiffs within the Village of Airmont and Upper Saddle River, for illegal and unpermitted discharges by the Village of Airmont and Rockland County Sewer District No. 1 into the Saddle River, a federally protected waterway. This Notice is sent pursuant to 33 U.S.C. § 1365.

Enclosed please find evidence of prior unpermitted and illegal discharges which are continuing unabated, and which are destined to increase if additional new development in the Village of Airmont is allowed to be connected to the Rockland County Sewer District No. 1. At a minimum, such additional new connections cannot be allowed to occur until all necessary curative measures have been accomplished to prevent such unpermitted and illegal discharges. Unless the Village of Airmont and Rockland County Sewer District No. 1 agree to a reasonable plan to remediate and prevent the damage that their illegal conduct has occasioned, we are authorized to file suit in the Southern District of New York federal court at the end of the statutorily required notice period.

Please feel free to have your attorney contact me regarding any questions in this regard.

Very truly yours,

Richard B. Golden

Cc: NYSDEC Region 3
21 South Putt Corners
New Paltz, New York 12561 (w/ enc.)

NYSDEC Region 3
200 White Plains Rd, 5th Floor
Tarrytown, New York 10591 (w/ enc.)

Hon. Kenneth A. Gabbert, Mayor
Borough of Upper Saddle River
376 West Saddle River Rd.
Upper Saddle River, New Jersey 07458

Robert T. Regan, Esq.
P.O. Box 214
345 Kinderkamack Rd.
Westwood, New Jersey 07675

# New York State DEC Spill File, List of actions & Resident Records
# Rockland County Sewer District No. 1

Basic List from DEC Summary list as of 1/25/06
Shaded - Additional from Resident Reports
**Bold face; additional spills in Spill Data Base**

| Spill No. | Spill Date | File Detail Memo | Description of event | Principal Reason | Est. Spill Gallons | Receiving Watercourse |
|---|---|---|---|---|---|---|
| | 2/11/2000 | Resident Records | SSO MH 10010 Ramapo Interceptor | ? | 100,000 | Saddle River |
| | 7/25/2000 | Resident Records | SSO Saddle River Pump Station, MH 10171 & 10172 & Swim/Tennis Club Locker Rm | ? | 1200 | 1/3 (400 gal) to Saddle River |
| | 8/16/2000 | Resident Records | SSO Saddle river Pump Sta. MH 10171 & 10172, Parking Lot | ? | 800 | Contained |
| | 12/6/2000 | Resident Records | SSO Saddle river Pump Sta. MH 10171 & 10172, Parking Lot | ? | 5000 | 1200 gals to Saddle River |
| | 3/30/2001 | Yetter to Delo 4/5/01 | SS MH 10172 & 10174 Saddle River PS | Pump Failure | 8,400 | |
| 01-05716 | 8/27/2001 | Phillips to Rudolph 8/29/01 | Pump Station Overflow at Saddle River PS, Saddle River Rd. | Check Valve Failure | 2,000 | Saddle River |
| 02-00460 | 4/13/2001 | Yetter to Delo 4/18/02 | Pump Station Overflow at Twin Lakes PS, Monsey | Check Valve Failure | 30,000 | Saddle River |
| | 8/3/2002 | Swim Club File | Saddle River Swim & Tennis Club | Rain ?? | ? | Saddle River |
| Except as Noted, Items Below from DEC List of Spills Being Included in Action agianst RCSD #1 by DEC | | | | | | |
| 03-02500 | 6/9/2003 | RCSD #1 Yetter to Delo 6/12/03 | SSO MH 10178, Hillside Avenue | Blockage | < 1,000 | None Reported |
| 03-05151 | 8/14/2003 | RCSD #1 Philipps to Delo 8/14/03 | SSO MH 10172, Saddle River Pump Station | Power Failure | 400 | Contained |
| | 8/12/2003 | Swim Club File | Flood Pump House & Bathrooms, Saddle River Swim & Tennis Club | Rain ?? | ? | Saddle River |
| | 9/1/2003 | Swim Club File | SSO Bathrooms & Parking Lot; Saddle River Swim & Tennis Club | Rain ?? | ? | Saddle River |
| 03-10538 | 12/12/2003 | RCSD #1 Yetter to Delo 12/17/03 | SSO MH 14008, Strawtown Road | Rain, Frozen, Snowmelt | 10,000 | |
| | | | SSO MH 1074 & 6038A, Lawrence Street | Rain, Frozen, Snowmelt | | |
| | | | SSO MH 10019, South Monsey Road | Rain, Frozen, Snowmelt & Ramapo Trunk Cleaned | | |
| 03-10980 | 12/23/2003 Data 12/24/03 | RCSD #1 Yetter to Delo 12/26/03 | SSO MH 14008, Strawtown Road | Rain | 30,000 | No Discharge Info |
| | | | SSO MH 1074 & 6038A, Lawrence Street | | | |
| | | | SSO MH 10019, South Monsey Road | | | |
| | | | SSO MH 16002, 16003, 16065, Jeffrey Court | | | |

| | Date | Source | Location | Cause | Amount | Receiving Water |
|---|---|---|---|---|---|---|
| | | | SSO MH 25471, West Street | | | |
| | 12/29/2003 | Resident File | SSO MH (10019?), South Monsey Road | Rain | ? | Saddle River |
| | 8/25/2004 | Swim Club File | SSO in Parking Lot; Saddle River Swim & Tennis Club | Rain ?? | ? | Saddle River |
| | 9/5/2004 | Swim Club File | SSO in Bathrooms; Saddle River Swim & Tennis Club | Rain ?? | ? | Saddle River |
| 04-06737 | 9/18/2004 | RCSD #1 Yetter to Philipps 9/24/04 | SSO MH 16004, 14005, 16006, Jeffrey Court | Rain | 19,000 | Lake DeForest |
| 04-06739 | | | SSO MH 22005, 22119, Old Route 304 & Shadybrook Lane | Pump Failure | 6,000 | Lake DeForest |
| | | | SSO MH 6222 & 6037A, Pascack Road | Rain | 2,400 | Pascack Brook |
| 04-06738 | | | SSO MH 10019, South Monsey Road | Rain | 4,000 | Saddle River |
| | | | SSO MH 1779, Parking Lot BMW Dealership | Rain | 5,000 | Pascack Brook |
| 05-00080 | 4/2/2005 | | Raw Sewage - Saddle River Rd Pump Sta. | | | Soil |
| | 4/3/2005 | RCSD #1 Yetter to Philipps 4/7/05 | MH 10019 South Monsey Rd, Monsey | | 4,500 | Saddle River |
| | 4/4/2005 | RCSD #1 Yetter to Philipps 4/7/05 | SSO MH 10172 & 10174 Saddle River Road, Monsey | Heavy Rain | 5,000 | Saddle River |
| | | | SSO MH 10434, Saddle River Rd. Monsey | Heavy Rain | 3,500 | Saddle River |
| 05-00626 | 4/14/2005 | DEC Internal Email | Wet Well OF 421 Spook Rock Road Pump Sta | Pump Failure | 100 | ? |
| 05-06893 | 9/6/2005 | RCSD#1 Memo | SSO at Requa Lane | Blockage/Grease | 500 | Saddle River |
| 05-08194 | 10/9/2005 | | Raw Sewage - South Monsey Rd, Ramapo | | | Soil |
| 05-08347 | 10/12/2005 | | Raw Sewage - South Monsey Rd, Ramapo | | 0 | In Sewer |
| 05-10280 | 11/30/2005 | Yettter, RCS | SSO at Saddle River Pump Station | Equipment Failure | 10,000 | |
| | | | Total Discharge | | 307,050 | |

# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
F. MICHELE COOPER

JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:  ☐ ORANGE CO.
           ☐ ROCKLAND CO.

Respond to Post Office Box

October 6, 2006

Village of Airmont
Board of Trustees
P.O. Box 578
321 Route 59
Airmont, New York 10982

Rockland County Sewer District No. 1
4 Route 340
Orangeburg, New York 10962
Attn: Julius Graifman, Chairman

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

New York Dept. of Environ. Conservation
Division of Water
Sandra L. Allen, Director
625 Broadway
Albany, New York 12233

New Jersey Department of Environmental Protection
Division of Water Quality
401 East State St.
P.O. Box 029
Trenton, New Jersey 08625

Re: Notice to Sue for Unpermitted Illegal Discharges under Clean Water Act

Greetings:

   We represent the Borough of Upper Saddle River, New Jersey. This letter is to advise you that we are authorized to provide you with this Notice of Intent to Sue the Village of Airmont, New York, and the Rockland County Sewer District No. 1, ("RCSD #1") on behalf of Upper Saddle River, New Jersey, and other potential citizen plaintiffs within the Village of Airmont and Upper Saddle River, for unpermitted, illegal, and continuous discharges by the Village of Airmont and Rockland County Sewer District No. 1 into the Saddle River, a federally protected waterway. This Notice is sent pursuant to 33 U.S.C. § 1365.

We hereby place you on notice, pursuant to §§ 505(a) and (b) of the Clean Water Act, ("CWA") 33 U.S.C. §§1365(a) and (b), that we intend to sue the Village of Airmont and the RCSD #1 for violating, and continuing to violate, effluent standards and limitations as defined by § 505(f) of the CWA, 33 U.S.C. § 1365(f), by discharging pollutants into waters of the United States without a permit as is required under CWA §301(a), 33 U.S.C. §1311(a).

The CWA prohibits the discharge of pollutants from a point source to the waters of the United States except pursuant to and in compliance with a permit.[1] *See*, 33 U.S.C. § 1311(a); 33 U.S.C. § 1342. The Act defines "pollutant" to include solid waste, biological materials, and sewerage. 33 U.S.C. § 1362(6). "Point source" is defined as "any discernable, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure…from which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

We believe that the raw sewerage discharged by the Village and RCSD #1 from the locations attached contains the following pollutants: biological material and other organic matter exerting chemical and biological oxygen demand in the waters; fecal coliform bacteria; nutrients, including nitrogen and phosphorous; settleable, suspended and dissolved solids, including toilet paper and sewerage solids; salts; metals; solid waste; pathogens; disinfectants (such as permanganate); feminine products; and other materials. These discharges have resulted in the presence in the waters of distinctly visible floating or settleable solids, suspended solids, deposits of sludge and silt, bad odors, materials harmful to aquatic life, distinctly visible color, and other conditions that alter the integrity of such waters.

One of the following sites that are discharging pollutants from point sources into the waters of the United State without SPDES permits:
Raw sewerage discharges from a manhole at or adjacent to 64 Cherry Lane on dates including but not limited to:

| | |
|---|---|
| August 23, 2006 | August 29, 2006 |
| August 24, 2006 | August 30, 2006 |
| August 25, 2006 | September 1, 2006 |
| August 26, 2006 | September 2, 2006 |
| August 27, 2006 | September 3, 2006 |
| August 28, 2006 | |

---

[1] The State of New York is the delegated authority by the Environmental Protection Agency to administer the National Pollution Discharge Elimination System ("NPDES") permit program pursuant to 33 U.S.C. section 1342(b).1370. The state Department of Environmental Conservation administers the State Pollution Discharge Elimination System ("SPDES") permit program to carry out the functional equivalent of SPDES responsibilities.
    The RCSD #1 operates a sewerage under a SPDES permit. Upon information and belief, the discharges described herein are not covered or are in violation of this or any other permit.

2

Our investigations have revealed that at a minimum 2.5 million gallons raw sewerage discharged and flowed into the Saddle River. During both wet and dry weather, raw sewerage has been discharged illegally on a regular basis. No SPDES permit exists allowing for this discharge.

Unless the discharges are addressed and corrected, these discharges will continue in the future. These discharges and the RCSD #1 failure to obtain new permits or modify the existing SPDES permit constitute ongoing violations of the CWA. Each day of unpermitted discharges comprises a series of separate violation of the CWA, with a discrete violation for each pollutant illegally discharged from each point source. As provided by 33 U.S.C. § 1319(d) and 40 C.F.R. §19.4 violators are subject to a civil penalty not to exceed $27,500 (or $31,500 for violations occurring after August 19, 2002) for each such violation. At the close of the 60 day notice period, we intend to file a citizen suit under §505(a) of the Clean Water Act against the Village and RCSD #1 as owner and operator of the above-referenced point sources to seek injunctive relief from and penalties for the violations discussed herein. This notice of intent to sue covers all CWA violations during the proceeding five (5) years preceeding the date of this letter, and all future violations arising from the above referenced point source or points sources in the vicinity.

The May 10, 2006 Consent Order, purporting to address such problems, is wholly ineffective. It does not adequately provide a remedy for the continuing discharges that are occurring in the Village of Airmont and flowing into the Saddle River.

Enclosed please find evidence of prior illegal discharges without permit which are continuing unabated, and which are destined to increase if additional new development in the Village of Airmont is allowed to be connected to the Rockland County Sewer District No. 1. At a minimum, such additional new connections cannot be allowed to occur until all necessary curative measures have been accomplished to prevent such unpermitted and illegal discharges. We are authorized to file suit in the Southern District of New York federal court at the end of the statutorily required notice period.

Please feel free to have your attorney contact me regarding any questions in this regard.

Very truly yours,

RICHARD B. GOLDEN

Cc:   NYSDEC Region 3
      21 South Putt Corners
      New Paltz, New York 12561 (w/ enc.)

      NYSDEC Region 3
      200 White Plains Rd, 5th Floor

3

Tarrytown, New York 10591 (w/ enc.)

Hon. Kenneth A. Gabbert, Mayor
Borough of Upper Saddle River
376 West Saddle River Rd.
Upper Saddle River, New Jersey 07458

Robert T. Regan, Esq.
P.O. Box 214
345 Kinderkamack Rd.
Westwood, New Jersey 07675



# Spill Incidents Database Search

**More information:**

*Environmental Remediation Databases*
*Glossary of Spills Database Terms*

More searches:
*New Spill Incidents Search*

*Back to Search Results*

*Other Links of Interest...*

## Spill Record

### Administrative Information

> **DEC Region:** 3
> **Spill Number:** 0606130

### Spill Date/Time

> **Spill Date:** 08/28/2006    **Spill Time:** 12:00 PM
> **Call Received Date:** 08/28/2006    **Call Received Time:** 03:00 PM

### Location

> **Spill Name:** WOODED AREA
> **Address:** 64 CHERRY LANE
> **City:** AIRMONT    **County:** Rockland

### Spill Description

> | **Material Spilled:** | **Amount Spilled:** |
> |---|---|
> | RAW SEWAGE | Gal. |
>
> **Cause:** Vandalism

**Source:** Institutional, Educational, Gov., Other
**Resource Affected:** Surface Water
**Waterbody:** CREEK

## Record Close

**Date Spill Closed:** Not closed

If you have questions about this reported incident, please contact the Regional Office where the incident occurred.

---

### Other Links of Interest

Information about the Spill Response and Remediation Program
Phone Numbers for Spill Response and Remediation

**New York State Department of Environmental Conservation**

Services | Programs | Subject Index | Search | Contact Us | Home

# Spill Incidents Database Search

**More information:**

*Environmental Remediation Databases*
*Glossary of Spills Database Terms*

**More searches:**
*New Spill Incidents Search*

*Back to Search Results*

*Other Links of Interest...*

## Spill Record

### Administrative Information

   **DEC Region:** 3
   **Spill Number:** 0606130

### Spill Date/Time

   **Spill Date:** 08/28/2006   **Spill Time:** 12:00 PM
   **Call Received Date:** 08/28/2006   **Call Received Time:** 03:00 PM

### Location

   **Spill Name:** WOODED AREA
   **Address:** 64 CHERRY LANE
   **City:** AIRMONT   **County:** Rockland

### Spill Description

   **Material Spilled:**                          **Amount Spilled:**
   RAW SEWAGE                                     Gal.

   **Cause:** Vandalism

   **Source:** Institutional, Educational, Gov., Other
   **Resource Affected:** Surface Water
   **Waterbody:** CREEK

### Record Close

   **Date Spill Closed:** Not closed

If you have questions about this reported incident, please contact the Regional Office where the incident occurred.

**Other Links of Interest**

   Information about the Spill Response and Remediation Program
   Phone Numbers for Spill Response and Remediation

# New York State DEC Spill File, List of actions & Resident Records
## Rockland County Sewer District No. 1

DEC Spill Incident Database 6/1 to 8/15/2006

| Spill No. | Spill Date | File Detail Memo | Description of event | Principal Reason | Est. Spill Gallons | Receiving Watercourse |
|---|---|---|---|---|---|---|
| 602398 | 6/2/2006 | | MH 22 Adams Drive Stony Point | ? | ? | Sewer - ? |
| 602718 | 6/10/2006 | | Washington Ave & Jackson Ave New Square | Equipment Failure | 4000 | |
| 602760 | 6/11/2006 | | Shoulder of Road Route 306 Spring Valley | Human error | 500 | Soil |
| 603418 | 6/28/2006 | | Nyack Pump Station Spear Street | Other | ? | Soil |
| 604449 | 7/19/2006 | | Sewer MH Suffern Lane, Haverstraw | Equipment Failure | 800 | Sewer - ? |
| 604511 | 7/21/2006 | | Sewer MH Suffron Lane/Madison Ave, Haverstraw | Other | 200 | Minisceongo |
| 604681 | 7/25/2006 | | Washington Ave & Jackson Ave Ramapo | Other | 1000 | |
| 605304 | 8/5/2006 | | Easement South Pascack Rd, Ramapo | Other | 500 | |

`http://www.dec.state.ny.us/cfmx/extapps/derfoil/spills/results.cfm`

| | Spill number | Date spill reported | Spill name | County | City/town | Address |
|---|---|---|---|---|---|---|
| 1. | 0605604 | 08/14/2006 | BARBA RESIDENCE | Rockland | PALASADES | 35 HIGHLAND AVE |
| 2. | 0605664 | 08/15/2006 | JOE NERETICH TIRE CORP. | Rockland | SPRING VALLEY | 53 UNION RD. |
| 3. | 0605665 | 08/15/2006 | STONY BROOK RIVER | Rockland | SLOATSBURG | SEVEN LAKES DR./WASH. AVE |
| 4. | 0605683 | 08/16/2006 | ORANGE & ROCKLAND CENTER | Rockland | SPRING VALLEY | 390 WEST ROUTE 59 |
| 5. | 0605705 | 08/16/2006 | GETTY 174 | Rockland | STONEY POINT | 44 LIBERTY DRIVE SOUTH |
| 6. | 0605706 | 08/16/2006 | GETTY 101 | Rockland | VALLEY COTTAGE | 221 ROUTE 303 |
| 7. | 0605707 | 08/16/2006 | GETTY 322 | Rockland | VALLEY COTTAGE | 34 ROUTE 303 |
| 8. | 0605782 | 08/18/2006 | ERICH RESIDENCE | Rockland | NYACK | 21 HAVEN COURT |
| 9. | 0605785 | 08/18/2006 | OFF THE ROADWAY | Rockland | SUFFREN | 25 OLD MILL ROAD |
| 10. | 0605834 | 08/21/2006 | ROADWAY | Rockland | ORANGEBURGH | MOUNTAIN AVE/WESTERN |

`http://www.dec.state.ny.us/cfmx/extapps/derfoil/spills/results.cfm`

**15 results found**

 

| | Spill number | Date spill reported | Spill name | County | City/town | Address |
|---|---|---|---|---|---|---|
| 11. | 0605864 | 08/21/2006 | NEXT TO RIVER | Rockland | STONY POINT | RIVER ROAD AND 5TH AVE |
| 12. | 0605895 | 08/22/2006 | EXXON MOBILE | Rockland | MANUET | 275 RT 59 EAST |
| 13. | 0606004 | 08/24/2006 | ROCKLAND CTY WASTE | Rockland | HILLBURN | 50 BALER BLVD |
| 14. | 0606012 | 08/24/2006 | MIRANT | Rockland | TOMPKINS COVE | 37 ELM STREET |
| 15. | 0606036 | 08/25/2006 | ON ROADWAY | Rockland | NYACK | 6TH AVE/NORTH BROADWAY |

