## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the **Attorney Affidavit and Memorandum of Law in opposition to the subsequent Notice of Motion to Dismiss filed by Defendant, Rockland County Sewer District # 1,** *solely* **as against the individual Plaintiffs, Karen Miller, Roy Ostrom, Maria Florio, Mark Ruffolo and Linda McDonald** was served on June 5, 2007, in a sealed envelope via Federal Express, addressed to the last known addresses of the addressees as indicated below:

Lawrence Liebesman, Esq.
Holland & Knight
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006

James V. Marks, Esq.
Holland & Knight
195 Broadway, 24th Floor
New York, NY 10007

Paul E. Svensson, Esq.
Hodges, Walsh & Slater
75 S. Broadway
White Plains, NY 10601

BURKE, MIELE & GOLDEN, LLP

_____
Michael K. Burke (7554)
*Attorneys for Plaintiffs*
100 Washington Street
Post Office Box 397
Suffern, New York 10901
(845) 357-7500