UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BOROUGH OF UPPER SADDLE RIVER
                              Plaintiff,

        - against -

VILLAGE OF AIRMONT, ROCKLAND COUNTY
SEWER DISTRICT #1,

                            Defendants.
----------------------------------------------------------------x

**CONSENT TO CHANGE ATTORNEY**

07 Civ. 0109 (WP4)(MDF)

**IT IS HEREBY CONSENTED THAT** HODGES WALSH & SLATER, ___ South Broadway, White Plains, New York 10601, be substituted as attorneys of record for the undersigned party(ies) in the above entitled action in the place of the undersigned attorneys as of the date hereof.

Dated: White Plains, New York
       April 9, 2007

_____
Joel Grossbarth
Village Attorney, Village of Airmont

BOEGGEMAN GEORGE
HODGES & CORDE

By: _____

ACKNOWLEDGMENT INSIDE NEW YORK

STATE OF NEW YORK
COUNTY OF Orange   SS:

On the __9th__ of April in the year 2007 before me, the undersigned, personally appeared **Joel Grossbarth, Esq.**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

So ORDERED

_____
MARK D. FOX
United States Magistrate Judge
Southern District of New York
dated 6/18/07