# BURKE, MIELE & GOLDEN, LLP
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500

FAX (845) 357-7321

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM**
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELLE COOPER

JOSEPH P. MCGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\** ADMITTED IN NEW YORK & CONNECTICUT
\*** ADMITTED IN NEW YORK & MASSACHUSETTS

ORANGE COUNTY OFFICE:
30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
(845) 294-7673 (FAX)

REPLY TO:  ☐ ORANGE CO.
           ☐ ROCKLAND CO.

Respond to Post Office Box

October 17, 2007

**MEMO ENDORSED**

**Via Federal Express**
Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

[Stamp: U.S. DISTRICT COURT FILED OCT 18 2007 S.D. OF N.Y.]

Re:   Borough of Upper Saddle River v. Village of Airmont, Rockland County Sewer
      District #1
      07 CIV 0109

Dear Judge Fox:

We represent Plaintiffs in the above-referenced action. I write in accordance with the Court's individual rules to request an extension of the current discovery schedule of 90 days to allow for all discovery to be completed. Defendant Rockland County Sewer District #1 consents to this request. Voluminous document production has occurred and depositions are being scheduled but all remaining discovery cannot be completed by the discovery deadline. This is the first request for an extension of the discovery schedule.

Very truly yours,

MICHAEL K. BURKE

MKB:la

Cc:  Lawrence Liebesman, Esq. (Via Facsimile (202) 955-5564)
     James V. Marks, Esq. (Via Facsimile (212) 385-9010)

10/18/07  Application granted.

[Stamp: MARK D. FOX, United States Magistrate Judge, Southern District of New York]