```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Borough of Upper Saddle River, et al.,

                Plaintiff,

-v-

Village of Airmont, Rockland County Sewer District #1,

                Defendants.

Case No. 07-CV-109 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The parties shall appear before the Court for oral argument on Defendant, Rockland County Sewer District #1's Motion to Dismiss on November 29, 2007 at 11:00 a.m.

Any request for adjournment must be made in **writing** at least **three business days** prior to the scheduled Court appearance.

Dated: October 25, 2007
       White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE