UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BOROUGH OF UPPER SADDLE RIVER,                    **07-CV-109 (KMK)**
KAREN MILLER, ROY OSTROM, MARIA FLORIO,
MARK RUFFOLO AND LINDA MCDONALD,

                   Plaintiffs,                    **NOTICE OF**
                                          **APPEARANCE**

    -against-

VILLAGE OF AIRMONT, ROCKLAND COUNTY
SEWER DISTRICT # 1,

                   Defendants.
-------------------------------------------------------------------X

      Please take notice that <u>Paul E. Svensson</u>, a member of the law firm of Hodges

Walsh & Slater, LLP hereby appears on behalf of the Village of Airmont in the above

action, and that all future correspondence and papers in connection with this action are to

be directed to me at the address indicated below.


Dated: November 16, 2007
      White Plains, NY

                          HODGES WALSH & SLATER, LLP

                          *Paul E. Svn*

                          Paul E. Svensson (PS 3403)
                          55 Church Street, Suite 211
                          White Plains, NY 10601

                          TEL (914)385-6000
                          FAX (914)385-6060
                          EMAIL <psvensson@hwslaw.com>