UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                                               :

BOROUGH OF UPPER SADDLE RIVER, KAREN
MILLER, ROY OSTROM, MARIA FLORIO, MARK  :
RUFFOLO, and LINDA MCDONALD,                   Case No. 07-CV-0109
                                                                                           :            (KMK)(MDF)

                       Plaintiffs,
                                                                                                                             :

   -v-
                                                                                                                                                            :

VILLAGE OF AIRMONT and ROCKLAND
COUNTY SEWER DISTRICT #1,                                   :

                     Defendants.           :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE that John M. Toriello of the law firm of Holland & Knight LLP hereby appears in this action as counsel of record for Defendant Rockland County Sewer District #1 and requests service of all papers, pleadings and any other documents filed or served herein at the address set forth below.

Dated: New York, New York
       April 1, 2008

                                         HOLLAND & KNIGHT LLP

                                         By: /s/ John M. Toriello
                                               John M. Toriello

                                         195 Broadway
                                         New York, New York 10007

                                         Telephone: (212) 513-3200
                                         Facsimile: (212) 385-9010
                                         e-mail: john.toriello@hklaw.com

                                         Attorneys for Defendant
                                         Rockland County Sewer District #1