UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                               :

BOROUGH OF UPPER SADDLE RIVER, KAREN
MILLER, ROY OSTROM, MARIA FLORIO, MARK  :
RUFFOLO, and LINDA MCDONALD,                  Case No. 07-CV-0109
                               :         (KMK)(MDF)

                Plaintiffs,

                               :

  -v-                               :

VILLAGE OF AIRMONT and ROCKLAND
COUNTY SEWER DISTRICT #1,                  :

                 Defendants.      :
-----------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE that Richard J. Pelliccio of the law firm of Holland

& Knight LLP hereby appears in this action as counsel of record for Defendant

Rockland County Sewer District #1 and requests service of all papers, pleadings and

any other documents filed or served herein at the address set forth below.

Dated: New York, New York
      April 1, 2008

                        HOLLAND & KNIGHT LLP

                        By: /s/ Richard J. Pelliccio
                            Richard J. Pelliccio

                        195 Broadway
                        New York, New York  10007

                        Telephone: (212) 513-3200
                        Facsimile:  (212) 385-9010
                        e-mail: richard.pelliccio@hklaw.com

                        Attorneys for Defendant
                        Rockland County Sewer District #1