UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
                                                  :

BOROUGH OF UPPER SADDLE RIVER, KAREN
MILLER, ROY OSTROM, MARIA FLORIO, MARK   :
RUFFOLO, and LINDA MCDONALD,                 Case No. 07-CV-0109
                                             :            (KMK)(MDF)
                    Plaintiffs,
                                             :

   -v-
                                             :

VILLAGE OF AIRMONT and ROCKLAND
COUNTY SEWER DISTRICT #1,

                    Defendants.       :
---------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that James V. Marks, having appeared in the above-captioned action, on behalf of Defendant Rockland County Sewer District #1, hereby withdraws his demand for service of papers and requests to be removed from the official service list in this case.

      Accordingly, please remove the following attorney from the official service list:

      James V. Marks
      Formerly of HOLLAND & KNIGHT LLP
      195 Broadway
      New York, New York  10007
      Telephone: (212) 513-3200
      Facsimile:  (212) 385-9010
      e-mail: james.marks@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that John M. Toriello, Lawrence R. Liebesman, Steven R. Kelton and Richard J. Pelliccio of Holland & Knight LLP will continue to represent Rockland County Sewer District #1 in this action.

Dated: New York, New York
      April 1, 2008

                                        _/s/James V. Marks_____
                                            James V. Marks

# 5235628_v1